IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| TONY LORD, | : | |
| Petitioner, | : | |
| VS. | : | NO. 3:13-CV-22 (CAR) |
| FRED HEAD, Warden, | : | |
| | : | Proceedings Under 28 U.S.C. § 2254 |
| Respondent. | : | Before the U.S. Magistrate Judge |

## ORDER

Before the Court is Georgia Department of Corrections Commissioner Brian Owens' Motion to Intervene as a Party Respondent. Doc. 9. In the Motion, Commissioner Owens requests that the Court allow him to intervene as Respondent in the above-styled federal habeas corpus action in order to defend Petitioner Tony Lord's challenge to his Georgia convictions. Because the existing Respondent, Fred Head, is merely an employee of a private corporation operating the correctional facility where Petitioner is incarcerated pursuant to a contract with the Georgia Department of Corrections, the intervention of Commissioner Brian Owens as Respondent in both necessary and appropriate. See Mitchell v. Kemp, 5:10-CV-397 (CAR). Accordingly, the Motion to Intervene as a Party Respondent (Doc. 9) is **GRANTED**.

**SO ORDERED**, this 10th day of May, 2013.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge